S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing Madrid should have been sentenced below the statutory mandatory minimum term despite his failure to qualify for "safety valve" relief.

The district court did not err in sentencing Madrid to the mandatory minimum, because it is undisputed that he did not meet all the requirements for safety-valve relief. *See* 18 U.S.C. § 3553(f) (listing factors that allow court to sentence below mandatory minimum); *United States v. Chacon*, 330 F.3d 1065, 1066 (8th Cir.2003) (finding district court did not have authority to depart below statutory minimum where government did not file substantial-assistance motion and defendant did not qualify for safety-valve relief).

Having carefully reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm.

Eugene Kenneth Jones, Southeast Missouri Correctional Center, Charleston, MO, Pro se.

Judith Anne Ronzio, Edward James Hanlon, Patricia Ann Hageman, Michael Edward Hughes, City Counselor's Office, St. Louis, MO, for Defendants–Appellees.

Before SMITH, FAGG, and MAGILL, Circuit Judges.

PER CURIAM.

Missouri inmate Eugene Jones appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Anderson v. Larson*, 327 F.3d 762, 767 (8th Cir.2003) (standard of review), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

---

**Eugene Kenneth JONES, Appellant,**

v.

**Victor STEWART; Dora Schriro; Fannie Harrison; Percy Harrington; Gary Rogers, Appellees.**

No. 04–2904.

United States Court of Appeals, Eighth Circuit.

Submitted: June 7, 2005.

Decided: June 10, 2005.

---

**UNITED STATES of America, Appellee,**

v.

**Latoya Rose HOURSTON, Appellant.**

No. 03–2515.

United States Court of Appeals, Eighth Circuit.

Submitted: April 30, 2004.

Decided: June 10, 2005.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.